1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19

C.N. ESTRELLA,                                    CV F   05-1321 OWW SMS P

            Plaintiff,

                                                  ORDER DENYING MOTION AND REQUEST
      v.                                          FOR ISSUANCE OF SUMMONS AND
                                                  SERVICE OF COMPLAINT (Doc. 16.)

WOODFORD, et.al.,

            Defendants.
_____/

20
21

        C. N. ESTRELLA  ("Plaintiff") is a state prisoner proceeding pro se and in forma
pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

22
23
24
25

        On December 18, 2006, the Court dismissed the Complaint with leave to amend because
it did not state cognizable claims for relief.  Plaintiff filed an Amended Complaint on January 12,
2007.  On January 22, 2007, Plaintiff filed a pleading titled "Motion and Request for Issuance of
Summons and Amended Complaint" in which he asks the Court to Order service.

26
27
28

        In the Order dismissing with leave to amend, Plaintiff was informed of the Court's
requirement to screen complaints brought by prisoners seeking relief against a governmental
entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must

1

dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the Court will, *sua sponte*, direct the United States Marshal to serve the Complaint only after the Court has screened the Complaint and determined that it contains cognizable claims for relief against the named Defendants.  As the Court has yet to screen Plaintiff's Amended Complaint, his request for service is premature and unnecessary.  Further, Plaintiff is informed that the Court has hundreds of prisoner civil rights cases pending before it.  As a result, it screens Plaintiff's the Complaints in the order in which they are filed. Plaintiff can rest assured that should his address with the court remain current, he will receive all orders issued in his case.

The Court HEREBY ORDERS:

1.      The Motion for Order of Service of Complaint is DENIED.


IT IS SO ORDERED.

**Dated:    January 31, 2007**               **/s/ Sandra M. Snyder**
icido3                                        UNITED STATES MAGISTRATE JUDGE

2